# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRENT GRANGER**                                                                              **PLAINTIFF**

V.                                 CASE NO. 1:16-CV-139-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Brent Granger and against the Defendant, Nancy A. Berryhill, Acting Commissioner of the Social Security Administration.

DATED this 24th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE